UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES ELI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-82-WCL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion for Entry of Judgment, filed August 4, 2023. This case was previously remanded to the Commissioner under sentence six of 42 U.S.C. § 405(g)[1], and an Administrative Law Judge issued a partially favorable ruling finding Plaintiff disabled as of February 11, 2020. The Commissioner now requests that judgment be entered in this case.

Accordingly, the Court GRANTS Defendant's Motion for Entry of Judgment and DIRECTS the Clerk of Court to enter judgment in favor of Plaintiff James Eli and against the Commissioner as to all claims in this case.

SO ORDERED this 30th day of August, 2023.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT

---

[1] The Clerk entered a judgment on June 8, 2021 [ECF 16]. Under sentence six, the court retains jurisdiction of a remanded case and does not enter judgment until after post-remand agency proceedings are completed. The Clerk's Entry of Judgment entered on June 8, 2021 is VACATED.